944 F.2d 897
 Klavonick (Charles)
v.
Ironworkers Local Union No. 3 of International Association
of Bridge, Structural & Ornamental Ironworkers, Board of
Trustees of Ironworkers Benefit Plans of Western Pa.,
Allegra (Frank), Cava (Frank P.), Murgi (Leonard J.),
Stauffer (Eugene), Daugherty (Daniel M.), Kearney (Brian),
Morris (Clair D.), Spillar (Robert J.), Ironworkers Pension
Plan of Western Pennsylvania
 NO. 91-3163
 United States Court of Appeals,
Third Circuit.
 AUG 22, 1991
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.